# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142468

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LESLIE PAUL FORD,
     Defendant-Appellant.

SC: 142468
COA: 298473
Wayne CC: 08-006996-FH

_____/

On order of the Court, the application for leave to appeal the December 1, 2010 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall expressly state whether there was any evidence introduced at trial of the defendant's prior felony conviction(s) and identify such evidence, including citations to the September 5, 2008 waiver trial transcript.

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

p0418